No. 83–6771. WILLIAMS v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6772. WALTMAN v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–6773. TORRES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–6776. PRICE v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–6777. RONSON v. COMMISSIONER OF CORRECTION OF THE STATE OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 83–6778. THOMAS v. GERBER PRODUCTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–6779. SPRADLEY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–6780. KING v. SMITH, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–6781. SMITH v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 83–6782. MOORE v. KEMP, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 83–6783. SMITH, AKA STEPHENS v. STEPHENS ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 83–6784. MILLER v. SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6785. LAWTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6787. SCHAPPE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.